May 18, 1979

413 A.2d 1121

Commonwealth v. Carter, Appellant.

Argued March 21, 1969.
Eugene E. Kellis, for appellant; Lee Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

413 A.2d 1121

Commonwealth v. Collie aka Whaley, Appellant.

Argued March 20, 1979. John A. DiCicco, Assistant Public Defender, for appellant; John Salvucci, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.